NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OB AKEEM RENDELL ARNOLD,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D19-1657
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed September 18, 2020.

Appeal from the Circuit Court for Collier
County; Ramiro Mañalich, Judge.

Ob Akeem Rendell Arnold, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

    Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.